```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X

HUNTER CARLIN,

                Plaintiff,
                                              23 Civ. 5376(NRB)
        - against -
                                              NOTICE OF CONFERENCE
CITY OF NEW YORK,

                Defendant.

--------------------------------------X
```
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

The parties are directed to appear for a conference before the Court on Tuesday, July 1, 2025 at 11:00 a.m.

If this action has been settled or otherwise terminated before this date, the parties are not required to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed via ECF before the date of the conference.

Requests for adjournment may be made only in writing and must be received not later than three business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other party has consented, and (c) indicate <u>several</u> times and dates in the near future when all parties are available. Unless the parties are notified that the conference has been adjourned, it will be held as scheduled.

**IT IS SO ORDERED.**

DATED:    June 23, 2025
          New York, New York


                                        _____
                                          NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE