**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NY 10007

**NAOMI REICE BUCHWALD**　　　　　　　　　　　　　　　　　　　　　　　　(212) 805-0194
**UNITED STATES DISTRICT JUDGE**

June 30, 2025

Kenneth Foard McCallion
McCallion & Associates LLP
100 Park Avenue, 16th Floor
New York, NY 10017

Jason Imbiano
New York City Law Department
100 Church Street
New York, NY 10007

　　　　Re: **Carlin v. City of New York (23 Civ. 5376) (NRB)**

Dear Counsel:

　　　The Court is in receipt of the defendant's letter of June 26, 2025 requesting to adjourn the conference scheduled for July 1, 2025. See ECF No. 33. The Court is not available on the proposed date of July 16, 2025. Accordingly, the conference is adjourned until July 29, 2025 at 2:00 p.m.

　　　　　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Naomi Reice Buchwald*
　　　　　　　　　　　　　　　　　　　　　　　Naomi Reice Buchwald
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Cc: All counsel (via ECF)